FILED:  July 7, 2023

## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

_____

**No. 20-4433**
**(4:18-cr-00821-MGL-1)**

_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

QUINTIN LA PRIX DAVIS,

        Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed July 7, 2023, as follows:

On page 2, footnote 1, the references to "§ 924(g)(1)" should be corrected to "§ 922(g)(1)."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk